ACCEPTED
12-14-00245-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/23/2015 11:58:19 AM
CATHY LUSK
CLERK

# Allen W. Ross
### Attorney & Counselor at Law

February 23, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/23/2015 11:58:19 AM

CATHY S. LUSK
Clerk

**Certified Mail Receipt 7014 0510 0002 2996 6433**

Mr. Justin Christian
TDCJ-ID #01951215
Bradshaw State Jail
P.O. Box 9000
Henderson, TX 75693

      RE:    Appeal of Probation Revocation
               Appellate Cause #12-14-00245-CR
               Twelfth Court of Appeals, Tyler, TX

---

Dear Mr. Christian:

Enclosed herewith please find the following documents:

1. The clerk's record; and
2. The reporter's record.

Sincerely,

ALLEN W. ROSS

Enc.
cc:    Twelfth Court of Appeals (without enclosures)

---

142 W. 5th Street | Rusk, Texas 75785 (physical) | PO Box 528 | Jacksonville, TX 75766 (mailing)
903.683.2454 (voice) ~ 866.576.5317 (fax)
allen@arossatty.com